IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Columbia Pictures Industries, Inc. and Sony Pictures Consumer Products, Inc., | § § § § § § § § § § § § § | Civil Action No.: 4:14-cv-00559 |
| | | Jury Trial Demanded |
| *Plaintiffs,* | | |
| v. | | |
| Rick's Cabaret International, Inc., RB Restaurants, Inc., and Does 1 Through 50, | | |
| *Defendants.* | | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

**TO THE HONORABLE COURT:**

**COME NOW** Plaintiffs Columbia Pictures Industries, Inc. and Sony Pictures Consumer Products, Inc. and announces to the Court that Plaintiffs' claims against Defendants have settled. Accordingly, Plaintiffs asks that all of their claims and causes of action against Defendants be dismissed with prejudice, with taxable costs of court to be paid by the party incurring the same.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs prays that all of Plaintiffs' claims and causes of action against Defendants in the above-styled and numbered cause be dismissed with prejudice, that the Court enter the Order of Dismissal with Prejudice, and that all taxable costs of court be taxed and/or assessed against the party incurring the same.

        Respectfully submitted,

        REED SMITH, LLP

        By: <u>/s/Robert R. Riddle</u>
        Robert R. Riddle (attorney-in-charge)
        Texas Bar No. 24035495
        S.D. Tex. No. 1553007
        Reed Smith, LLP
        811 Main Street, Suite 1700
        Houston, TX  77002-6110
        RRiddle@reedsmith.com

        Telephone: +1 713 469 3800
        Facsimile: +1 713 469 3899

        ATTORNEYS FOR PLAINTIFFS

OF COUNSEL:

Harrison J. Dossick
California Bar No. 128319
HDossick@reedsmith.com
Christine M. Neuharth
California Bar No. 263509
CNeuharth@reedsmith.com

Reed Smith LLP
1901 Avenue of the Stars, Suite 700
Los Angeles, CA 90067-6078
Telephone: +1 310 734 5200
Facsimile: +1 310 734 5299

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing document has been forwarded to all known counsel of record in this cause in accordance with the Federal Rules of Civil Procedure on this 21st day of July, 2014.

        /s/Robert R. Riddle